FILED

07/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0594

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0594

_____

TOWN OF EKALAKA,

      Plaintiff and Appellee,

    v.

EKALAKA VOLUNTEER FIRE
DEPARTMENT, INC.

      Defendant and Appellant.

O R D E R

_____

Pursuant to Appellant's motion for extension time to file its reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant's reply brief shall be filed on or before September 1, 2021.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 27 2021